**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLORADO**

Civil Action No. 2019-cv-00132-WJM-NYW

WILDEARTH GUARDIANS

      Plaintiff,

      v.

OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT; a federal agency within the U.S.
DEPARTMENT OF THE INTERIOR;

U.S. DEPARTMENT OF THE INTERIOR, a federal agency;

      Defendants.

---

**UNOPPOSED MOTION TO AMEND COMPLAINT**

---

Plaintiff WildEarth Guardians ("Guardians"), through counsel, respectfully

submits this unopposed motion to amend its complaint. Fed. R. Civ. P.15(a)(2).

Guardians files its First Amended Complaint with this motion. This is the first motion to

amend the complaint in this matter.

The present motion also seeks to vacate a deadline for Defendants to file a motion

to dismiss the original complaint. ECF No. 28 (setting June 7, 2019 deadline). Guardians

respectfully submits that the deadline is effectively mooted by the relief requested by the

present motion.

Pursuant to Local Rule 7.1, and Hon. Judge Martinez's practice standards, the

parties have conferred on a potential partial motion to dismiss. *See* ECF No. 18 (striking

previous motion and directing parties to confer). During conferral via phone calls and

emails, Guardians provided a similar Freedom of Information Act ("FOIA") complaint

that Guardians filed against the same Defendants. That complaint was not met with a

Rule 12 motion. Without committing to the type of responsive pleading that Defendants

may ultimately file in the present matter, Defendants agreed that they would not oppose

Guardians' motion to amend the current complaint, and would respond to the Amended

Complaint in due course.

Guardians respectfully submits that the First Amended Complaint attached hereto

is properly entered in accordance with Fed. R. Civ. P.15(a)(2). The main inquiries in the

Tenth Circuit when determining whether to allow a plaintiff to amend its complaint are

timeliness and absence of prejudice to the defendant. *Minter v. Prime Equip. Co.*, 451

F.3d 1196, 1204 (10th Cir. 2006). Both inquiries are easily satisfied here. First, the Court

has not accepted an answer or other responsive pleading, and the present motion is filed

in accordance with minute orders extending the time to file responsive pleadings. ECF

Nos. 27, 28. As a result, this lawsuit is still at an early stage, and this motion is timely.

Second, Defendants' do not oppose this motion, and there is no prejudice that could

befall Defendant or any third party as a result of allowing Guardians to file its First

Amended Complaint.

For the above reasons, Guardians requests the Court grant this unopposed motion

to amend the complaint and vacate the June 7, 2019 deadline for Defendants to file a

motion to dismiss the original complaint. *See* ECF No. 28.

**RESPECTFULLY SUBMITTED, June 6, 2019**

/s/ Stuart Wilcox_____
Stuart Wilcox
Stuart Wilcox LLC
2340 Dayton Street

2

Aurora, Colorado 80010
(720) 331-0385
stuart.wilcox5@gmail.com

/s/ Travis E. Stills
Travis E. Stills
Energy & Conservation Law
1911 Main Avenue, Suite 238
Durango, Colorado 81301
(970) 375-9231
stills@frontier.net

*Attorneys for Plaintiff*