IN THE UNITED STATES DISTRICT COURT;
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 19-cv-00132-WJM-NYW | Date: July 2, 2019 | |
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM A-502* | |

| *Parties* | *Attorney(s)* |
|---|---|
| WILDEARTH GUARDIANS,<br><br>**Plaintiff,**<br><br>v.<br><br>OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT,<br>US DEPARTMENT OF THE INTERIOR,<br><br>**Defendants.** | *Stuart N. Wilcox*<br>*Travis E. Stills*<br>*(both via telephone)*<br><br><br><br>*Chandra K. Aitchison* |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session: 10:30 a.m.

Appearance of counsel. The court is unable to hear Plaintiff's counsel by telephone. Court reconnects the call to counsel.

Discussion held regarding the Proposed Production and Briefing Schedule [37] filed June 25, 2019.

The following deadlines will govern the outstanding disclosures and briefing on this case:

> **July 1, 2019**: Third Production of Records. OSMRE anticipates producing an additional 3,100 pages of records to Plaintiff.
>
> **August 30, 2019**: Fourth (final) Production of Records. OSMRE has identified an additional 1,982 files of potentially relevant records from a former employee custodian. OSMRE anticipates producing the relevant

records from this custodian in its fourth and final production.

**October 1, 2019**.  Deadline for Defendants' Motion for Summary Judgment

**October 28, 2019**.  Deadline for Plaintiff's Response Brief/Cross Motion for Summary Judgment.

**21 days after Plaintiff files its response brief/cross motion.**   Deadline for Defendants' Response/Reply Brief

**21 days after Defendants file their response/reply brief**.  Deadline for Plaintiff's Reply Brief.

Court in Recess:  10:44 a.m.          Hearing concluded.          Total time in Court: 00:14

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.